'08 CIV 4603

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

KINSER CHIU and MACHINE PROJECT, INC.

                              Plaintiffs,

   -against-                                       **RULE 7.1 DISCLOSURE STATEMENT**

ANTHONY LUCAS and PAN AM SYSTEMS, INC.
and PAN AMERICA WORLD AIRWAYS, INC.,

                              Defendants.

----------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT OF
### PAN AM SYSTEMS, INC. AND
### PAN AMERICAN WORLD AIRWAYS, INC.

      Defendant Pan Am Systems, Inc. and Pan American World Airways, Inc. submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and provides the following information:

Defendant Pan American World Airways, Corp. is a wholly owned subsidiary of defendant Pan Am Systems, Inc. Pan Am Systems, Inc. is a privately owned corporation that has no parent corporation. Accordingly, no public company owns ten percent or more of the stock of the defendants.

Dated: New York, New York
       May 19, 2008

                                        WINSTON & STRAWN LLP

                                        By: _____
                                            Thomas J. Quigley
                                            tquigley@winston.com
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 294-6700
                                            *Attorneys for Pan Am Systems, Inc. and
                                            Pan American World Airways, Inc.*