UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

------------------------------------------------

KINSER CHIU and
MACHINE PROJECT, INC.

                         Plaintiffs,

         -against-                                        08 Civ. 4603 (RJH)

                                                          **ORDER**

ANTHONY LUCAS,
PAN AM SYSTEMS, INC., and
PAN AMERICA WORLD AIRWAYS, INC.

                         Defendants.

------------------------------------------------

        The conference scheduled for July 24, 2008, at 11:00 a.m. is hereby adjourned.

The parties are directed to appear for a conference in this matter on July 31, 2008, at

10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500

Pearl Street, New York, New York 10007.


SO ORDERED.

Dated: New York, New York
       July 23, 2008

                                                          Richard J. Holwell
                                                          United States District Judge