UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

KINSER CHIU and MACHINE PROJECT, INC.,

                Plaintiffs,                08 Civ. 4603 (RJH)

      - against -                        **ORDER**

ANTHONY LUCAS and PAN AM SYSTEMS, INC.
and PAN AMERICA WORLD AIRWAYS, INC.,

                Defendants.

------------------------------------x

        Plaintiffs' motion to remand this action to state court [3] is granted. Plaintiff Chiu has clearly stated a non-fraudulent cause of action against defendant Lukas. As both parties are residents of New Jersey, the predicate for diversity jurisdiction is absent. Even if the claims asserted by plaintiff Machine Project, Inc. were not properly authorized by that company's directors, the lack of diversity between Chiu and Lukas requires remand of this action to state court. The Clerk of the Court is requested to close this case.

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                                _____
                                                Richard J. Holwell
                                                United States District Judge